#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY, as Subrogee of Benjamin Pendergrass,<br><br>        Plaintiff,<br><br>v.<br><br>1. MOEN INCORPORATED,<br>2. MENARD, INC., and<br>3. CHIEN CHUEN PLASTIC CO., LTD.,<br><br>        Defendants. | Case No. 25-cv-00446-CDL |

## NOTICE OF REMOVAL

Defendant Menard, Inc. ("Menard") hereby removes Case No. CJ-2025-387 from the District Court of Rogers County, State of Oklahoma, to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, and as grounds for its removal would show the Court as follows:

### *The Removed Case*

1. On July 30, 2025, the above-styled case, entitled *American National Property & Casualty Company v. Moen Incorporated, et al.*, Case No. CJ-2025-387, was commenced in the District Court of Rogers County, State of Oklahoma. A copy of the Petition setting forth Plaintiff's claims for relief against Defendant Menard is attached hereto as Exhibit 1.

2. Defendant Menard was served by certified mail on August 5, 2025. A copy of the Summons issued to Defendant Menard, as well as Plaintiff's Proof of Service on Defendant Menard, is attached as Exhibit 2.

3. Defendant Moen Incorporated ("Moen") was served by certified mail on August 5, 2025. A copy of Plaintiff's Proof of Service on Defendant Moen is attached hereto as Exhibit 3.

4. To the best of Defendant Menard's knowledge and belief, Defendant Chien Chuen Plastic Co., Ltd. has not been served in this action, as no proof of service has been filed for this Defendant.

5. Plaintiff maintains causes of action against Defendants for Strict Products Liability; Breach of Implied Warranties; and Negligence based on property damage caused by the failure of a toilet fill valve on or about August 5, 2023.

6. On the face of its Petition, Plaintiff demands actual damages for property damage in the amount of $103,655.27 (exclusive of interest and costs). (Ex. 1 at p. 7).

*The Parties*

7. Plaintiff American National Property & Casualty Company ("American National") is an insurance company—a corporation—domiciled in Missouri with its principal place of business in Missouri.

8. Defendant Menard is a Wisconsin corporation with its principal place of business located in Wisconsin.

9. To the best of Defendant Menard's knowledge and belief, Defendant Moen is a Delaware corporation with its principal place of business located in Ohio.

10. To the best of Defendant Menard's knowledge and belief, Defendant Chien Chuen Plastic Co., Ltd. ("Chien Chuen") is a foreign limited corporation with its principal place of business in Taiwan.

### *Jurisdiction & Venue*

12. This Court has original jurisdiction over this case under 28 U.S.C. § 1332(a) because the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the case is between citizens of different states and a foreign state. Accordingly, this action may be removed by Defendant Menard pursuant to 28 U.S.C. § 1441(a).

10. The Notice of Removal is filed in this Court within thirty (30) days after August 5, 2025, the date Defendant Menard was served with a copy of Plaintiff's Petition, which is the initial pleading setting forth the claim for relief upon which this Removal is based.

11. Pursuant to 28 U.S.C. § 1446, Defendant Moen has thirty days from the date it was served, August 5, 2025, to consent to the removal of this matter. Defendant Moen has not yet entered an appearance or made any filing in the state-court action.

12. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the District Court of Rogers County, State of Oklahoma, is within the United States District for the Northern District of Oklahoma.

### *Documents to Be Filed*

13. Pursuant to LCvR 81.2, a copy of the state court docket sheet is attached hereto as Exhibit 4. The undersigned counsel hereby certifies that all documents filed of record in the removed action are attached as exhibits to this Notice.

14. There are no motions pending in the removed action.

15. Additionally, pursuant to LCvR 81.1, a Jury Trial Demand is filed simultaneously herewith.

**WHEREFORE**, Defendant Menard respectfully requests that this action be removed to this Court for further proceedings.

Dated this 22nd day of August, 2025.

Respectfully submitted,

/s/Jason Goodnight
Jason Goodnight, OBA #19106
FRANDEN | FARRIS | QUILLIN
  GOODNIGHT | ROBERTS & WARD
2 W. 2nd Street, Suite 900
Tulsa, OK 74103
(918) 583-7129 – Phone
(918) 584-3814 – Facsimile
jgoodnight@tulsalawyer.com
*Attorney for Menard, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 25th day of August 2025, I provided a true and complete copy of the above and foregoing by email to the following counsel of record:

Erin Blohm Clark
Vanessa Martinez
Erica R. Mackey
Johnson Hanan Vosler
Hawthorne & snider
9801 N. Broadway Extension
Oklahoma City, Ok 73114
eclark@johnsonhanan.com
vmartinez@johnsonhanan.com
emackey@johnsonhanan.com

              /s/Jason Goodnight